**Dismissed and Memorandum Opinion filed August 19, 2014**



In The

## Fourteenth Court of Appeals

### NO. 14-14-00456-CR

**ASHTON CHARLES DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1390553**

## M E M O R A N D U M   O P I N I O N

This is an attempted interlocutory appeal of the denial of a motion to suppress. Because this court lacks jurisdiction, we order the appeal dismissed.

Generally, an appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State*, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). The record before this

court contains no judgment or sentence of the trial court. The trial court's order is therefore interlocutory in nature. The denial of a defendant's motion to suppress is not a separately appealable order. *See McKown*, 915 S.W.2d at 161.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison and Donovan.

Do Not Publish – Tex. R. App. P. 47.2(b).